Richard C. Gordon, Esq.
Nevada Bar No. 9036
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rgordon@swlaw.com
  nkanute@swlaw.com

*Attorneys for Plaintiffs HSBC Mortgage Corporation (USA) and Deutsche Bank Trust Company Americas, as Trustee for RALI 2007-QS1*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC MORTGAGE CORPORATION (USA); and DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RALI 2007-QS1,<br><br>Plaintiffs,<br><br>vs.<br><br>RMB INVESTMENTS L.L.C., a Nevada limited-liability company; MAR-A-LAGO HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ABSOLUTE COLLECTION SERVICES, LLC, a Nevada limited-liability company,<br><br>Defendants. | Case No. 2:16-cv-02150-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs HSBC Mortgage Corporation (USA) and Deutsche Bank Trust Company Americas, as Trustee for RALI 2007-QS1 and Defendants RMB Investments L.L.C., Mar-A-Lago Homeowners Association, and Absolute Collection Services, LLC (collectively with Plaintiffs, the "Parties"), who all have answered or appeared in this action, by and through their respective undersigned counsel of record, hereby stipulate and agree, as follows:

///

///

4810-8973-3488

Pursuant to Fed. R. Civ. P. 41, the Parties agree that this matter may be dismissed with prejudice in its entirety with each party to bear its own fees and costs.

Dated: August 30, 2018.

SNELL & WILMER L.L.P.

By: /s/ *Nathan G. Kanute*
Richard C. Gordon, Esq.
Nathan G. Kanute, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiff HSBC Mortgage Corporation (USA) and Deutsche Bank Trust Company Americas, as Trustee for RALI 2007-QS1*

Dated: August 30, 2018.

THE CLARKSON LAW GROUP, P.C.

By: /s/ *Matthew McAlonis (with permission)*
Matthew McAlonis, Esq.
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
*Attorneys for Defendant Mar-A-Lago Homeowners Association*

Dated: August 30, 2018.

GIBBS, GIDEN, LOCHER, TURNER, SENET & WITTBRODT LLP

By: /s/ *Matthew L. Grode (with permission)*
Matthew L. Grode, Esq.
1140 N. Town Center Dr., Suite 300
Las Vegas, NV 89144
*Attorneys for Defendant RMB Investments L.L.C.*

Dated: August 30, 2018.

ABSOLUTE COLLECTION SERVICES LLC

By: /s/ *Shane Cox (with permission)*
Shane Cox, Esq.
7485 W. Azure, Suite 129
Las Vegas, NV 89130
*Attorneys for Defendant Absolute Collection Services LLC*

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE

Dated: August 30, 2018.

4810-8973-3488